In the Matter of the Claim of GEORGE W. TIPTON against LANG'S BAKERY, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued September 28, 1937; decided October 12, 1937.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel) for appellant.

*William M. Fay* for respondents.

Order affirmed, with costs against State Industrial Board. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.